# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 16, 2015

## NO. 03-14-00662-CV

**James R. Colley, Individually as Representative and/or Beneficiary of the Estate of James W. Colley, Deceased, and as Representative and/or Beneficiary of the Estate of Dortha J. Colley, Deceased, Appellant**

**v.**

**Benny J. Williams and Gloria Ann Quiroz, Appellees**

---

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on September 16, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.